UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMAN MOLATCH,                                                                JUDGMENT
                                                                                              04-CV- 2108 (NGG)
                                    Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                                    Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 20, 2005, granting plaintiff's motion; denying the Commissioner's motion; and remanding the case to the Commissioner to expressly consider whether the plaintiff should have been evaluated in the "advanced age" category at the time of the Administrative Law Judge's decision; it is

ORDERED and ADJUDGED that plaintiff's motion is granted; that the Commissioner's motion is denied; and that the case is remanded to the Commissioner to expressly consider whether the plaintiff should have been evaluated in the "advance age" category at the time of the Administrative Law Judge's decision.


Dated: Brooklyn, New York
            July 21, 2005

                                                                    ROBERT C. HEINEMANN
                                                                    Clerk of Court